01
02
03
04
05
06

07 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
08 AT SEATTLE

09 SEWRAWIT GEBREKIDAN and KEVIN JOHNSON,     )
   )  CASE NO. C13-0508-JLR
10   )
    Plaintiffs,   )
11   )
    v.   )  REPORT AND RECOMMENDATION
12   )
   USAA INSURANCE COMPANY,   )
13 et al.,   )
   )
14    Defendants.   )
   _____ )
15

16     Plaintiffs Sewrawitt Gebrekidan and Kevin Johnson, proceeding *pro se*, seek to proceed

17 *in forma pauperis* (IFP) in this civil matter. Having initially received an IFP application only

18 from Johnson (Dkt. 1), the Court informed the parties it was unable to consider the request to

19 proceed IFP without complete and detailed information as to the financial status of both

20 plaintiffs. (Dkt. 2.) The Court directed plaintiffs to either pay the filing fee or submit an IFP

21 application on behalf of plaintiff Gebrekidan demonstrating his inability to pay the filing fee.

22     The Court thereafter received IFP applications from both Johnson and Gebrekidan.

REPORT AND RECOMMENDATION
PAGE -1

(Dkts. 3 & 4.)  However, the Court remained unable to determine whether plaintiffs qualified to proceed IFP. (Dkt. 6.)  The Court noted that each plaintiff listed monthly expenses far exceeding the amounts of money received from income and other sources, that the applications did not allow for a determination as to the recipient of the money from other sources, and that the information provided differed from that provided on the original application submitted by Johnson.  The Court again directed plaintiffs to either pay the filing fee or to submit revised IFP applications on behalf of both individuals.  The Court noted that, if identifying amounts of money received from sources other than income, plaintiffs should clarify the recipient of that money (i.e., plaintiff Johnson or plaintiff Gebrekidan), and that, if plaintiffs again maintained monthly expenses exceeding the amount of income and money received from other sources, they must explain how they pay for those expenses.  The Court directed plaintiffs to comply with its directive on or before April 24, 2013, and stated that failure to comply may result in denial of the pending applications to proceed IFP and/or dismissal of this matter.

To date, the Court has not received amended IFP applications from plaintiffs. Accordingly, the Court recommends plaintiffs' IFP applications (Dkts. 1, 3 & 4) be DENIED. This action should proceed only if plaintiffs pay the applicable filing fee within **thirty (30)** days after entry of the Court's Order adopting this Report and Recommendation.  If no filing fee is paid within thirty days of the Court's Order, the Clerk should close the file.

DATED this 8th day of May, 2013.

Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -2