```
____ FILED      ____ ENTERED
____ LODGED     ____ RECEIVED
```

JUN - 5 2013

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

13-CV-00508-ORD

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

SEWRAWIT GEBREKIDAN and KEVIN JOHNSON,

  Plaintiffs,

v.

USAA INSURANCE COMPANY, et al.,

  Defendants.

CASE NO. C13-0508-JLR

ORDER DENYING IN FORMA PAUPERIS REQUEST

The Court, having reviewed plaintiffs' applications to proceed *in forma pauperis* (IFP), the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiffs' IFP applications are DENIED based on failure to comply with the Court's directive to submit revised IFP applications. Plaintiffs are directed to pay the full filing fee of $350 within **thirty (30) days** of the date of signature below. If the filing fee is not paid, this case will be dismissed;

ORDER DENYING IN
FORMA PAUPERIS REQUEST
PAGE -1

01      (3)     The Clerk shall file the complaint only on receipt of the filing fee. If no filing
02 fee is paid within thirty (30) days of the date of this Order, the Clerk is directed to close the file;
03 and

04      (4)     The Clerk is directed to send copies of this Order to plaintiffs and to the
05 Honorable Mary Alice Theiler.

06     DATED this 5th day of June, 2013.

08                                    JAMES L. ROBART
                                     United States District Judge

ORDER DENYING IN
FORMA PAUPERIS REQUEST
PAGE -2