UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEWRAWIT H. GEBREKIDAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> USAA INSURANCE COMPANY, et al., <br><br> Defendants. | CASE NO. C13-0508JLR <br><br> ORDER ON MOTION TO DISMISS |

Before the court is Defendant Allstate Insurance Company's ("Allstate") motion to dismiss for lack of proper service. (Mot. (Dkt. # 47).) Allstate contends that it was never served with a summons and complaint by the plaintiffs in this action, Sewrawit Gebrekidan and Kevin Johnson, who are proceeding pro se. (*See id.* at 1-2.) Indeed, there is nothing before the court to suggest that Allstate has been served: Plaintiffs have filed nothing indicating that service took place. (*See* Dkt.) Plaintiffs also did not respond to Allstate's motion. (*See id.*)

ORDER- 1

Federal Rule of Civil Procedure 4 requires plaintiffs to serve defendants with a summons and a copy of the plaintiff's complaint and sets forth the specific requirements for doing so. *See* Fed. R. Civ. P. 4. Rule 4(m), which provides the time frame in which service must be effectuated, states in relevant part:

> If a defendant is not served within 120 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).

More than 120 days have passed since Plaintiffs filed their Complaint. (*See* Compl. (Dkt. # 13) (filed on July 15, 2013).) Plaintiffs have given the court no indication that service ever took place, have made no showing of good cause, and have advanced no argument for why Allstate should not be dismissed. Accordingly, the court GRANTS Allstate's motion (Dkt. # 47) and DISMISSES Allstate from this action without prejudice.

Dated this 2nd day of April, 2014.

JAMES L. ROBART
United States District Judge

ORDER- 2