1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEWRAWIT H. GEBREKIDAN, et al., | CASE NO. C13-0508JLR |
| Plaintiffs, | ORDER |
| v. | |
| USAA INSURANCE COMPANY, et al., | |
| Defendants. | |

Before the court is Defendants Karen Sharp and Kenneth Anderson's motion to dismiss for lack of proper service. (Mot. (Dkt. # 52).) Defendants contend that they were never served with a summons and complaint by Plaintiffs Sewrawit Gebrekidan and Kevin Johnson, who are proceeding pro se. (*See id.* at 1-2.) Indeed, there is nothing before the court to suggest that these Defendants have been served: Plaintiffs have filed nothing indicating that service took place. (*See* Dkt.) Plaintiffs also did not respond to Defendants' motion. (*See id.*)

ORDER- 1

Federal Rule of Civil Procedure 4 requires plaintiffs to serve defendants with a summons and a copy of the plaintiff's complaint and sets forth the specific requirements for doing so. *See* Fed. R. Civ. P. 4. Rule 4(m), which provides the time frame in which service must be effected, states in relevant part:

> If a defendant is not served within 120 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).

More than 120 days have passed since Plaintiffs filed their Complaint. (*See* Compl. (Dkt. # 13) (filed on July 15, 2013).) Plaintiffs have given the court no indication that they ever served Ms. Sharp or Mr. Anderson, have made no showing of good cause justifying an extension of time, and have advanced no argument for why the court should not grant Ms. Sharp and Mr. Anderson's motion to dismiss. Accordingly, the court GRANTS Defendants' motion (Dkt. # 52) and DISMISSES Ms. Sharp and Mr. Anderson from this action without prejudice.

Dated this 6th day of May, 2014.

JAMES L. ROBART
United States District Judge

ORDER- 2